UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND WATISON,<br>#1031835<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DWIGHT NEVEN, *et al.,*<br><br>　　　　Defendants. | )<br>)<br>)<br>)　3:10-cv-00318-LRH-RAM<br>)<br>)<br>)　**ORDER**<br>)<br>)<br>) |

On July 19, 2010, the court received a letter from plaintiff. (Docket #3). In the letter, plaintiff states that he "would like to inform this court that on June 22, 2010, plaintiff filed a civil complaint in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark. . . ." Thus, plaintiff "asks that this court dismiss this order in light of Plaintiff have [sic] already filed suit."[1] (Docket #3). The court will treat this letter as plaintiff's motion to voluntarily dismiss this case. The court grants this motion to dismiss the complaint without prejudice.[2]

**IT IS THEREFORE ORDERED** that the Clerk **SHALL FILE** the complaint. (Docket #1-1).

///

---

[1] While plaintiff asks this court to dismiss "this order," the court understands his request to be that the court dismiss his complaint.

[2] Plaintiff is cautioned that the Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all of their complaints and petitions on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court."). Here, this defect is rendered moot by plaintiff's motion to voluntarily dismiss this case.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

DATED this 30th day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE